

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LOUISE LIPPIN
Phone: 212-356-2178
Fax: 212-791-9714
E-mail: llippin@law.nyc.gov

January 22, 2016

BY ECF and Facsimile
The Honorable Naomi Reice Buchwald
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *He. v. Jiha, et al.*
           Docket No. 15 CV 4278

Your Honor:

      My office represents defendants, the City of New York, the New York City Department of Finance and its commissioner, Jacques Jiha (collectively, "DOF"), in the above entitled action. Counsel for all parties wish to inform the Court that they have agreed to settle this matter in principle and are in the process of finalizing a stipulation memorializing that settlement. We expect to finalize this settlement within the next thirty days.

      Respectfully,

Louise Lippin (LL4712)
Assistant Corporation Counsel

Cc:   Via ECF and facsimile:
Christine Clarke, Esq., Legal Services-NYC, for plaintiffs 646-442-3601
Grace Shim, Esq., Min Kwon Center, for plaintiffs 718-445-0032
Amanda Masters, Esq., for plaintiff, Public Advocate Leticia James 212-669-4701